UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NICOLE PATTERSON, *individually and on behalf of all* :
*others similarly situated*, :
:
                                  Plaintiff, :      24-CV-171 (JMF)
:
      -v- :      ORDER
:
WILDLIFE CONSERVATION SOCIETY, :
:
                                  Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 22, 2024 Order, ECF No. 26, the parties were required to file a joint letter and proposed Case Management Plan by the Thursday before the initial conference, scheduled for next week. To date, the parties have not filed any such materials. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **noon** on **Tuesday, June 11, 2024**.

      SO ORDERED.

Dated: June 7, 2024
       New York, New York
                                                    JESSE M. FURMAN
                                            United States District Judge