# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS,**
**32ND FLOOR**
**NEW YORK, NY 10019**
www.bursor.com

**PHILIP L. FRAIETTA**
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

August 26, 2024

> Rather than staying the action, the Court instead hereby EXTENDS the deadline for fact discovery through and until **February 13, 2024**. In light of that extension, the pretrial conference scheduled for December 18, 2024, is hereby ADJOURNED to **February 18, 2024**, at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 33. SO ORDERED.
>
> *[signature]*
> August 27, 2024

*Via ECF*

The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Patterson v. Wildlife Conservation Society*, Case No. 24-cv-00171-JMF (S.D.N.Y.)

Dear Judge Furman,

We write jointly with defense counsel pursuant to Rule 4.A of the Court's Individual Rules and Practices to request that the Court stay this matter pending the Parties' upcoming mediation with The Diane M. Welsh (Ret.), formerly of the Eastern District of Pennsylvania and now a private mediator.

The Parties have agreed to mediate with Judge Welsh on November 5, 2024, the first mutually-available date. The Parties note that they have exchanged written and document discovery and believe they now have enough information to intelligently analyze the strengths and weaknesses of this case. The Parties therefore respectfully submit that judicial economy and the interests of the Parties would be best served by a stay of this matter to allow them to preserve their resources and focus their attention on the mediation. The Parties will submit a joint status report within 5 business days of the conclusion of the mediation. Accordingly, the Parties respectfully submit that the Court: (i) stay this matter; and (ii) order the Parties to submit a joint status report on the status of their resolution efforts, including whether a new case schedule should be put in place, by November 13, 2024.

Very truly yours,

*[signature]*

Philip L. Fraietta

CC: All counsel of record (via ECF)