# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS,**
**32ND FLOOR**
**NEW YORK, NY 10019**
www.bursor.com

**PHILIP L. FRAIETTA**
Tel: **646.837.7150**
Fax: **212.989.9163**
pfraietta@bursor.com

January 31, 2025

<u>*Via ECF*</u>

The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re:  *Patterson v. Wildlife Conservation Society*, Case No. 24-cv-00171-JMF (S.D.N.Y.)

Dear Judge Furman,

  We write jointly with defense counsel pursuant to Rules 2.A and 4.A of the Court's Individual Rules and Practices to jointly request that the Court extend Plaintiff's deadline to file a motion for preliminary approval by two weeks, to February 14, 2025.  While the Parties have worked diligently since agreeing to all material terms to finalize the class action settlement agreement, they require additional time to do so.  This two-week extension will allow for the Parties to finalize the class action settlement agreement and for Plaintiff to thereafter promptly move for preliminary approval.

  We appreciate the Court's time and consideration to this matter.

                Very truly yours,

                */s/ Philip L. Fraietta*

                Philip L. Fraietta

CC: All counsel of record (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 37.

SO ORDERED.

*/s/ Jesse M. Furman*

January 31, 2025