UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE PATTERSON, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>WILDLIFE CONSERVATION SOCIETY,<br><br>       Defendant. | Civil Action No.: 1:24-cv-00171-JMF<br><br>Hon. Jesse M. Furman |

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 5, 2025, at 3:30 PM, by telephone before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, Plaintiff Nicole Patterson ("Plaintiff"), by and through Class Counsel, will move and hereby does move for an order granting final approval of the settlement in this action and entering final judgment in this case.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declaration of Philip L. Fraietta, and the Declaration of Cameron R. Azari, with annexed exhibits.

Dated: May 22, 2025

                Respectfully submitted,

                By:  */s/ Philip L. Fraietta*
                   Philip L. Fraietta

                **BURSOR & FISHER, P.A.**
                Philip L. Fraietta
                1330 Avenue of the Americas, 32nd Floor

New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Class Counsel*