UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NICOLE PATTERSON, individually and on behalf of all : 
other similarly situated, :
:
                      Plaintiff, : 24-CV-171 (JMF)
:
    -v- : ORDER
:
WILDLIFE CONSERVATION SOCIETY, :
:
                      Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The time of the Fairness Hearing scheduled on June 5, 2025, is hereby CHANGED to **2:15 p.m.** The access information for the Hearing remains the same. *See* ECF No. 43, at 3.

    SO ORDERED.

Dated: May 27, 2025
       New York, New York

                                                JESSE M. FURMAN
                                            United States District Judge